UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LA'RUE RAYNAUD and EMMANUEL
"TAHON" RAMIREZ,

                        Plaintiffs,

        -against-

MULLIGAN SECURITY LLC,

                        Defendant.

Case No. 1:25-cv-06738 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On March 6, 2026, Plaintiffs filed an amended complaint as of right following

Defendant's motion to dismiss.  Dkt. 22.  In accordance with the Court's Individual Rule 3.B, the

motion to dismiss is denied as moot without prejudice to refile with respect to the amended

complaint.

Plaintiffs are ORDERED to refile the amended complaint without tracked changes, and

to include the redlined document docketed at Dkt. 22 as an exhibit to the same, by **March 11,**

**2026**..[1]

By **March 13, 2026**, Defendant shall submit a brief letter informing the Court whether it

intends to file an answer or a renewed motion to dismiss.

---

[1] In so doing, Plaintiffs shall correct the case number listed on the amended complaint.
However, no other changes may be made.

The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 19.

Dated:  March 9, 2026
       New York, New York

SO ORDERED.

_____

JENNIFER L. ROCHON
United States District Judge

2