UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LA'RUE RAYNAUD and EMMANUEL "TAHON" RAMIREZ,<br><br>                         Plaintiffs,<br><br>          -against-<br><br>MULLIGAN SECURITY LLC,<br><br>                         Defendant. | Case No. 1:25-cv-06738 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court writes to clarify that the operative complaint in this matter is the Amended

Complaint at Dkt. 24.  Accordingly, any response by Defendant should be directed at that docket

entry.

Dated:  March 12, 2026
        New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge